UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SHARON KENDREW and THOMAS KENDREW,

    Plaintiffs,

v.

DELTA AIRLINES, INC.,

    Defendant.

Civil Action No. 1:16-cv-11133

**NOTICE OF REMOVAL**

Delta Airline, Inc. ("Delta") gives notice of removing this case from the Trial Court of Massachusetts, Superior Court Department, Essex County (Civil Action Number 1677CV00751) to the United States District Court for the District of Massachusetts. Removal is proper because there is federal question jurisdiction for these claims, which are governed by the Convention for the Unification of Certain Rules for International Carriage by Air, May 28, 1999, reprinted in S. Treaty Doc. No. 106-45, 1999 WL 33292734 (2000) ("the Montreal Convention") and the "Convention for the Unification of Certain Rules Relating to International Transportation by Air, October 12, 1929," 49 Stat. 3000, T.S. No. 876, 137 L.N.T.S. 11 (1934), reprinted in S. Treaty Doc. No. 106-45, 1999 WL 33292734, 3 Av. Law Rep. (CCH) ¶ 27,011 ("the Warsaw Convention"). In addition, there is complete diversity of citizenship, and the claim of damages by the plaintiffs is in excess of $75,000, the statutory minimum for diversity jurisdiction. In support of removal, Delta states:

1. Delta first received notice of filing of the complaint by email on June 3, 2016. The complaint was filed in the Essex Superior Court on May 19, 2016. Thus, this Notice of Removal is timely. 28 U.S.C. § 1446(b)(2)(B).

2. The Plaintiffs' action is governed by the Convention for the Unification of Certain Rules for International Carriage by Air, May 28, 1999, reprinted in S. Treaty Doc. No. 106-45, 1999 WL 33292734 (2000) ("the Montreal Convention") and the "Convention for the Unification of Certain Rules Relating to International Transportation by Air, October 12, 1929," 49 Stat. 3000, T.S. No. 876, 137 L.N.T.S. 11 (1934), reprinted in S. Treaty Doc. No. 106-45, 1999 WL 33292734, 3 Av. Law Rep. (CCH) ¶ 27,011 ("the Warsaw Convention"), both treaties of the United States.

3. The plaintiffs, Sharon Kendrew and Thomas Kendrew, reside in and are citizens of the Commonwealth of Massachusetts. (Exhibit A, Complaint ¶ 1.)

4. Delta is a foreign corporation organized under the laws of the State of Delaware with a principal place of business in Atlanta, Georgia.

5. There is, therefore, complete diversity between the plaintiff and the defendant. 28 U.S.C. § 1332(c)(1).

6. Plaintiffs individually allege damages exceeding 113,100 Special Drawing Rights "SDR" (Exhibit A, Complaint ¶ 13-15.) The present exchange rate from 1 SDR to U.S. Dollars is $1.406210. (Ex. C, SDR Valuation for June 15, 2016, according to the International Monetary Fund) Thus, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

7. Consequently, the Plaintiffs' claims are those over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, because there is complete diversity between

the parties and the amount in controversy exceeds $75,000, and federal question jurisdiction pursuant to 28 U.S.C. § 1331. The action is therefore removable under 28 U.S.C. § 1441(a).

8. Pursuant to 28 U.S.C. §1446(a), a courtesy copy of the complaint that was emailed to the defendant is attached as Exhibit A.

9. Pursuant to 28 U.S.C. §1446(d), Delta will promptly give notice of this filing to the plaintiff and will file a copy of this Notice of Removal with the clerk of the Essex County Superior Court.

WHEREFORE, Delta respectfully requests that this Court remove to this Court the civil action against it now pending in the Superior Court of Massachusetts, Essex County.

Respectfully submitted,

DELTA AIR LINES, INC.,
By its attorneys,

/s/ Christopher A. Duggan
Christopher A. Duggan (BBO No. 544150)
Nicole B. Cordeiro (BBO No. 668039)
Smith Duggan Buell & Rufo LLP
55 Old Bedford Road
Lincoln, MA 01773
(617) 228-4400
Chris.Duggan@DmithDuggan.com
Nicole.Cordeiro@DmithDuggan.com

Dated: June 17, 2016

CERTIFICATE OF SERVICE

    I certify that, on this date, I have caused a copy of the foregoing to be served upon counsel and parties listed below by first class mail, postage prepaid.

Marianne C. LeBlanc, Esq.
Stacey Pietrowicz, Esq.
The Prudential Tower
800 Boylston Street, 30th Floor
Boston, MA 02199
617-542-1000
mleblanc@sugarman.com
spietrowicz@sugarman.com
*Attorneys for Plaintiff*

                                             /s/ Christopher A. Duggan
                                             Christopher A. Duggan (BBO No. 544150)

Dated: June 17, 2016